UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TYSON | CIVIL ACTION |
| VERSUS | NO. 08-4445 |
| ROBERT C. TANNER-WARDEN, JEFFERY TRAVIS-EX WARDEN, JAMES LEBLANC-SECRETARY, RICHARD STALDER-EX SECRETARY, TIM CRAWFORD-MAJOR, WADE RIGDON-CAPTAIN | SECTION "I"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Antonio Tyson, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. No. 5)**, **Motion for Summary Judgment II (Rec. Doc. No. 7)**, and **Motion for Summary Judgment III** filed by the plaintiff, Antonio Tyson, are **DENIED** without prejudice as premature.

New Orleans, Louisiana, this    18th    day of November, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE