UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TYSON | CIVIL ACTION |
| VERSUS | NO. 08-4445 |
| ROBERT C. TANNER-WARDEN, JEFFREY TRAVIS-EX WARDEN, JAMES LEBLANC-SECRETARY, RICHARD STALDER-EX SECRETARY, TIM CRAWFORD-MAJOR, WADE RIGDON-CAPTAIN | SECTION "I"(4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **"Motion for Review Under 42 U.S.C. § 1915A" (Rec. Doc. No. 34)** filed by the Defendants, Robert C. Tanner, Jeffrey Travis, Tim Crawford, and Wade Rigdon, is **DENIED**.

**IT IS FURTHER ORDERED** that the state and federal claims filed by the Plaintiff, Antonio Tyson, against the State of Louisiana, through Attorney General Foti, are **DISMISSED WITHOUT PREJUDICE** as frivolous, for seeking relief against an immune defendant, and for failure to state a claim for which relief can be granted pursuant 28 U.S.C. § 1915 and § 1915A, and

42 U.S.C. § 1997e, because the Court lacks jurisdiction under the Eleventh Amendment immunity doctrine.

**IT IS FURTHER ORDERED** that Tyson's state and federal claims against the defendants, Travis, Tanner, Crawford, Rigdon, Richard Stalder, and James LeBlanc, for which Tyson seeks monetary damages against each in his official capacity, are **DISMISSED WITHOUT PREJUDICE** as frivolous, for seeking relief from immune defendants, and for failure to state a claim for which relief can be granted pursuant 28 U.S.C. § 1915 and § 1915A, and 42 U.S.C. § 1997e, because the Court lacks jurisdiction under the Eleventh Amendment immunity doctrine.

**IT IS FURTHER ORDERED** that Tyson 42 U.S.C. § 1983 claims against the defendants Stalder and LeBlanc, each in his individual capacity, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant 28 U.S.C. § 1915 and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28th day of August, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**