UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO TYSON                                              CIVIL ACTION

VERSUS                                                     No. 08-4445

ROBERT TANNER, ET AL.                                      SECTION I

# ORDER

The plaintiff has filed several motions, difficult to decipher in some instances, appealing various decisions of the U.S. Magistrate Judge. Plaintiff appeals the U.S. Magistrate Judge's orders on (1) "all outstanding pro se pleadings filed in the last two months";[1] (2) plaintiff's request for leave to file discovery into the record and serve defendants (R. Doc. No. 70);[2] (3) plaintiff's request for production of documents (R. Doc. No. 72);[3] (4) plaintiff's request for admission (R. Doc. Nos. 75, 76);[4] (5) plaintiff's request for judicial notice and sanctions (R. Doc. Nos. 81, 84);[5] (6) plaintiff's motion to strike (R. Doc. No. 83);[6] and (7) plaintiff's motion to appoint counsel or, alternatively, plaintiff's request for meaningful access to the Courts (R. Doc. No. 59).[7] In addition, plaintiff argues that defendants have not returned documents pertaining to

---

[1] R. Doc. No. 87.

[2] R. Doc. No. 95.

[3] Id.

[4] Id.

[5] Id.

[6] Id.

[7] R. Doc. No. 96.

this case and to other pending cases[8] and plaintiff requests a due process hearing.[9]

*Appeal of the U.S. Magistrate Judge's Orders on "Outstanding Pro Se Pleadings"*

Plaintiff fails to offer any argument in support of his appeal [10] of the U.S. Magistrate Judge's orders on "all outstanding pro se pleadings filed in the last two months including but not limited to cross motions for summary judgment, appointment of counsel, motion to strike, and to serve discovery(s)."

**IT IS ORDERED** that plaintiff's appeal of all outstanding pro se pleadings is **DISMISSED.**

*Appeal of the U.S. Magistrate Judge's Order on Various Motions*

The Court has reviewed plaintiff's arguments with respect to the U.S. Magistrate's orders (R. Doc. Nos. 91, 92) regarding plaintiff's request for leave to file discovery into the record and serve defendants (R. Doc. No. 70),[11] plaintiff's request for production of documents (Rec. Doc. No. 72),[12] plaintiff's request for admission (R. Doc. Nos. 75, 76),[13] plaintiff's request for judicial notice and sanctions (R. Doc. Nos. 81, 84),[14] plaintiff's motion to strike (R. Doc. No. 83),[15] and plaintiff's motion to appoint counsel or, alternatively, plaintiff's request for meaningful

---

[8] R. Doc. No. 96.

[9] Rec. Doc. No. 95, p. 5.

[10] R. Doc. No. 87.

[11] R. Doc. No. 95.

[12] Id.

[13] Id.

[14] Id.

[15] Id.

2

access to the Courts (R. Doc. Nos. 53, 59, 80). The Court has also reviewed the defendants' opposition.[16]

**IT IS ORDERED** that the U.S. Magistrate Judge's orders[17] are **AFFIRMED** for the reasons stated therein by the U.S. Magistrate Judge.

*Return of Documents*

Plaintiff argues that defendants have not returned documents pertaining to this case and to other pending cases.[18] Plaintiff does not specify the documents that defendants have allegedly not returned. In their opposition, defendants state that they have not "withheld, tampered with, or otherwise interfered with plaintiff's legal documents."[19] To the extent that plaintiff is appealing the U.S. Magistrate Judge's January 5, 2010 order (R. Doc. No. 62),

IT IS ORDERED that the U.S. Magistrate Judge's order (R. Doc. No. 62) is AFFIRMED for the reasons stated therein by the U.S. Magistrate Judge.

*Due Process Hearing*

Plaintiff has also requested that this Court "reverse all rulings and fashion adequate remedies after due process hearing with defendants counsel."[20] Plaintiff does not cite any authority that would entitle him to such non-specific relief.

---

[16] R. Doc. No. 100.

[17] R. Doc. Nos. 91, 92.

[18] R. Doc. No. 96.

[19] R. Doc. No. 100, p. 4.

[20] R. Doc. No. 95, p. 5.

**IT IS ORDERED** that plaintiff's request for a due process hearing[21] is **DENIED.**

New Orleans, Louisiana, May 19, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**LANCE M. AFRICK**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[21]R. Doc. No. 95, p. 5.