UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTONIO TYSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4445** |
| **ROBERT C. TANNER-WARDEN, JEFFERY TRAVIS-EX WARDEN, JAMES LEBLANC-SECRETARY, RICHARD STALDER-EX SECRETARY, TIM CRAWFORD-MAJOR, WADE RIGDON-CAPTAIN** | **SECTION "I"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Antonio Tyson, which is hereby **OVERRULED**, approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Antonio Tyson's **Motion Summary Judgment (Rec. Doc. No. 54)** is **DENIED**.

**IT IS FURTHER ORDERED** that Tyson's 42 U.S.C. § 1983 claims that the defendants failed to advise him of his appellate rights, his § 1983 claims challenging the constitutionality of La. Rev. Stat. Ann. § 15:1186(b)(2)(a), and his § 1983 claim that the defendants failed to advise him of

his appellate rights be dismissed *sua sponte* as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1915e.

New Orleans, Louisiana, this ___9th___ day of June, 2010

                                          **LANCE M. AFRICK**
                               **UNITED STATES DISTRICT JUDGE**