UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO TYSON                                                                                  CIVIL ACTION

VERSUS                                                                                                  NO. 08-4445

ROBERT C. TANNER - WARDEN, ET AL.                                             SECTION "I" (4)

**O R D E R**

      Currently before the Court is a Partial Report and Recommendation, Rec. Doc. 146, in which the United States Magistrate Judge recommends that plaintiff's latest motion for partial summary judgment, Rec. Doc. 123, be denied. Plaintiff has filed a document entitled "Appeal to the Trial Judge," Rec. Doc. 152, which is hereby construed as objections to that Partial Report and Recommendation. The Court, having considered the complaint, as amended, the record, and the applicable law, hereby **OVERRULES** plaintiff's objections and approves and adopts the Partial Report and Recommendation for the following reasons.

      In the instant motion for partial summary judgment, plaintiff seeks judgment as a matter of law on a claim that prison officials violated the rights of inmates, such as himself, by failing to provide the inmates with *notice* of the following: (1) the conduct which could subject them to serious discipline; (2) the disciplinary penalties which could be imposed for that conduct; (3) the procedures which would be employed in the adjudication of disciplinary charges; (4) the fact that inmates are entitled to notice of disciplinary charges in writing, and (5) the fact that inmates would be provided with a hearing before serious punishment was imposed. However, as the United States Magistrate Judge correctly noted in the Partial Report and Recommendation, the complaint in this civil action has never been amended to incorporate a claim challenging the purported *failure to provide adequate notice*. Because such a claim is not included among in the claims asserted in the complaint, as amended, plaintiff cannot be granted summary judgment on

that claim. Simply put, a plaintiff is not entitled to judgment as a matter of law on a claim he has never properly asserted.[1]

The Court further notes that plaintiff's motion also fails for another fundamental reason: he has not complied with the required procedures for seeking summary judgment set forth in Fed.R.Civ.P. 56. For that reason alone, denial of the motion is warranted.

Accordingly, plaintiff's motion for partial summary judgment, Rec. Doc. 123, is **DENIED**.

New Orleans, Louisiana, this 19th day of August, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] To the extent that plaintiff is arguing in his objections that the claim has been incorporated into this lawsuit by defendants' failure to oppose the motion for partial summary judgment, he is incorrect. Plaintiff may not amend his complaint without leave of court, see Fed.R.Civ.P. 15, and no such leave to incorporate a notice claim has been properly requested or granted in this case.