UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TYSON | CIVIL ACTION |
| VERSUS | NO. 08-4445 |
| ROBERT C. TANNER-WARDEN, JEFFERY TRAVIS-EX WARDEN, JAMES LEBLANC-SECRETARY, RICHARD STALDER-EX SECRETARY, TIM CRAWFORD-MAJOR, WADE RIGDON-CAPTAIN | SECTION "I"(4) |

## ORDER AND REASONS

The plaintiff, Antonio Tyson, filed a **Motion to Clarify Costs (Rec. Doc. No. 185)** in which he requests that the Court rescind its pauper order directing deductions from his prison account to pay the $350.00 filing fee. Tyson claims that he intended to file a *habeas corpus* action which required only a $5.00 filing fee.

Tyson, a frequent filer in this Court,[1] filed the captioned federal civil rights action on the form reserved for the filing of prisoner complaints pursuant to 42 U.S.C. § 1983.[2] Along with his complaint, he submitted a motion to proceed in forma pauperis, with the statement of account

---

[1] The records of this Court indicate that Tyson has filed five prisoner civil rights suits under § 1983 and two habeas corpus petitions under 28 U.S.C. § 2254. *See* Civ. Action No. 10-1174"C"(2), Civ. Action No. 10-1097"F" (6) (§ 2254), Civ. Action No. 10-335"F"(6) (§2254), Civ. Action No. 10-132"A"(1), Civ. Action No. 09-7619"S"(1), Civ. Action No. 08-4599"C"(1), Civ. Action No. 08-4445"I"(4).

[2] Rec. Doc. No. 1.

required for the filing of civil, non-habeas matters by a prisoner.[3]  After considering his motion, the Court ordered that prison officials make deductions from plaintiff's prisoner account until the applicable $350.00 filing fee is paid in full pursuant to 28 U.S.C. § 1915 and Prison Litigation Reform Act of 1996.

These filings indicate that Tyson intended to file a civil rights complaint under § 1983.  The Court further notes that the monetary and other relief sought in this case are not available through habeas corpus, which is reserved for non-monetary relief from a state judgment of conviction and sentence.  *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).  Nevertheless, if Tyson wishes to voluntarily dismiss this case and pursue his rights under § 2254, he is free to do so.  This, however, will not end the deductions for payment of the fee in this case.

The record is clear that Tyson intended to file and pursue a civil rights case under § 1983 and not a habeas corpus petition.  His frequent filings in this federal court would also tend to show that Tyson knew exactly what he was filing.  Accordingly,

**IT IS ORDERED** that Antonio Tyson's **Motion to Clarify Costs (Rec. Doc. No. 185)** is **DENIED**.

New Orleans, Louisiana, this 4th day of November, 2010

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[3]Rec. Doc. No. 2.