UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TYSON | CIVIL ACTION |
| VERSUS | NO. 08-4445 |
| ROBERT C. TANNER-WARDEN, JEFFREY TRAVIS-EX WARDEN, JAMES LEBLANC-SECRETARY, RICHARD STALDER-EX SECRETARY, TIM CRAWFORD-MAJOR, WADE RIGDON-CAPTAIN | SECTION "I"(4) |

**O R D E R**

The court, having considered the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the amended objection by plaintiff, Antonio Tyson, which is hereby **OVERRULED**, approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the **Motion to Reconsider (Rec. Doc. No. 157)** and the **Amended Motion to Reconsider (Rec. Doc. No. 212)** filed by the plaintiff, Antonio Tyson, are **DENIED**.

New Orleans, Louisiana, this \_\_\_14th\_\_\_ day of March, 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**